Debtor name: **IOLO Global LLC**

United States Bankruptcy Court for the: **Northern** District of **Illinois**

Case number (if known): **21-80774**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                    Current value of debtor's interest

2. Cash on hand                                                                        $_____

3. Checking, savings, money market, or financial brokerage accounts (Identify all)

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number
   3.1. _____             _____     ____ ____ ____ ____          $_____
   3.2. _____             _____     ____ ____ ____ ____          $_____

4. Other cash equivalents (Identify all)
   4.1. _____        $_____
   4.2. _____        $_____

5. **Total of Part 1**                                                                   $         0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

                                                                                        Current value of debtor's interest

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit
   7.1. _____        $_____
   7.2. _____        $_____

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 1

Debtor  IOLO Global LLC                              Case number (if known) 21-80774

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____  $ _____

8.2. _____  $ _____

**9. Total of Part 2.**                                        $ _____0.00

Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ − _____ = →  $ _____
                         face amount      doubtful or uncollectible accounts

11b. Over 90 days old: 150658500.00 − 61076000.00 = →  $ 89,582,500.00
                       face amount      doubtful or uncollectible accounts

*See attached breakdown

**12. Total of Part 3**                                         $ 89,582,500.00

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____
14.2. _____  _____  $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                  % of ownership:

15.1. _____  ____%  _____  $ _____
15.2. _____  ____%  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____
16.2. _____  _____  $ _____

**17. Total of Part 4**                                         $ _____0.00

Add lines 14 through 16. Copy the total to line 83.

Debtor __IOLO Global LLC__    Case number (if known) __21-80774__

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. Raw materials
    _____    MM / DD / YYYY    $_____    _____    $_____

20. Work in progress
    _____    MM / DD / YYYY    $_____    _____    $_____

21. Finished goods, including goods held for resale
    _____    MM / DD / YYYY    $_____    _____    $_____

22. Other inventory or supplies
    _____    MM / DD / YYYY    $_____    _____    $_____

23. **Total of Part 5**    $_____ 0.00
    Add lines 19 through 22. Copy the total to line 84.

24. Is any of the property listed in Part 5 perishable?
    - ☐ No
    - ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    - ☐ No
    - ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. Crops—either planted or harvested
    _____    $_____    _____    $_____

29. Farm animals  *Examples:* Livestock, poultry, farm-raised fish
    _____    $_____    _____    $_____

30. Farm machinery and equipment  (Other than titled motor vehicles)
    _____    $_____    _____    $_____

31. Farm and fishing supplies, chemicals, and feed
    _____    $_____    _____    $_____

32. Other farming and fishing-related property not already listed in Part 6
    _____    $_____    _____    $_____

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 3

Debtor: IOLO Global LLC                           Case number (if known) 21-80774

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                    $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>Desk | $ 50.00 | | $ 50.00 |
| 40. Office fixtures | $ | | $ |
| 41. Office equipment, including all computer equipment and communication systems equipment and software<br>Computer Printer Scanner Modem | $ | | $ 275.00 |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.                                    $ 325.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Official Form 206A/B             Schedule A/B: Assets — Real and Personal Property             page 4

Debtor   IOLO Global LLC                                    Case number (if known) 21-80774

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☒ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____ $_____ _____ $_____

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                     $         0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes



Debtor   IOLO Global LLC                                    Case number (if known) 21-80774

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**                                              $ 0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

**66. Total of Part 10.**                                             $ 0.00
Add lines 60 through 65. Copy the total to line 89.



Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property                page 6

Debtor    **IOLO Global LLC**    Case number (if known) **21-80774**

### Part 10 (continued)

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☒ No
- ☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
- ☒ No
- ☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
- ☒ No
- ☐ Yes

### Part 11: All other assets

**70.** Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☒ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

| | | | Current value of debtor's interest |

**71.** Notes receivable
Description (include name of obligor)
_____
Total face amount _____ − doubtful or uncollectible amount _____ = → $_____

**72.** Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)
_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73.** Interests in insurance policies or annuities
_____    $_____

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)
_____    $_____
Nature of claim _____
Amount requested $_____

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims
_____    $_____
Nature of claim _____
Amount requested $_____

**76.** Trusts, equitable or future interests in property
_____    $_____

**77.** Other property of any kind not already listed  Examples: Season tickets, country club membership
_____    $_____
_____    $_____

**78.** Total of Part 11.
Add lines 71 through 77. Copy the total to line 90.    $         0.00

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
- ☐ No
- ☐ Yes

Debtor __IOLO Global LLC__  Case number (if known) __21-80774__

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 89,582,500.0 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 325.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* → | | $ 0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column. ...........91a. | $ 89,582,825.0 | + 91b. $ 0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ............................................. $ 89,582,825.00



## IOLO Global LLC

## Schedule AB Additional Page 1 of 1

## Part 3: Accounts Receivable

| | | | | |
|---|---|---|---|---|
| China Development Fund | Attn: Yang T Lee Unit 2105, Floor 21, Far East Consortium Building, 121 Des Voeux Road, Central, Hong Kong | 86 188 2331 2323 | Contract (SBLC) | $ 26,000,000.00 |
| Sub Ghallagher Investment Trust (SGIT) | Attn: Patricia Moore Trustee, 30 N. Gould St. Suite 5817, Sheridan, WY. 82801 | 817-269-8822 or | Trust Note | $ 10,600,000.00 |
| | Attn: Michael Casey, 4001 Shady Valley Court, Unit 1, Arlington, TX 76013 | 972-268-2125 | | |
| Ekeko Holdings Dubai | Buenos Aries Argentina | 54 11 4434 8341 | MTN | $ 16,000,000.00 |
| AU TP Investments | Attn: John Porter 7905 Pirates Cove Drive, Plano, Texas 75025 | 737-704-7951 | Promissory Note | $ 500,000.00 |
| AU TP Investments | Attn: John Porter 7905 Pirates Cove Drive, Plano, Texas 75025 | 737-704-7951 | Investment/Shares | $ 13,000,000.00 |
| Affinity Financial Network (AF Expo) | Attn: Larry Lipman 11100 E Cimmarron Drive, Englewood, CO 80111 | 303-882-3570 | Investment/Shares | $ 25,000,000.00 |
| International Global Development and Gateway Capital LLC | Robert Gonzales or Lila Taitano 10300 W CHARLESTON BLVD, SUITE 13-J17 LAS VEGAS NEVADA 89135 USA | 702-248-4280 | SBLC Contract IMFPA | $ 2,000,000.00 |
| SBM Holdings/Secure | Attn Jonathan Cannon: 20 Sarah Anne Court, | 516-243-6118 | Contract | $ 45,000,000.00 |



| d Platform Funding | Miller Place, NY 11764, US | | | |
|---|---|---|---|---|
| Harbiur Distributing | Attn: Joe Aufiero | 516-523-1160 | Contract | $ 782,500.00 |
| Stellios Papi | Attn Steve Stellios (Shiek Handler) UNITED KINGDOM OF GREAT BRITTEN AND NORTHERN IRELAND Passport number 538516172 | 44 7973 892511 or 44 7452 384750 | FTRA | $ 500,000.00 |
| Connect USA | Attn Russell Heaton | 801-243-5661 | | $ 1,800,000.00 |
| Vortex Environmental | Attn: Victor Sigmond | 786-775-7210 | | $ 26,000.00 |
| | | | | $ 141,208,500.00 |

| | |
|---|---|
| Sheik Al Thani | $6,500,000.00 |
| Martin John Stevens | $1,000,000.00 |
| Robin Maki | $400,000.00 |
| Harbor Distribution | $350,000.00 |
| SRM Services | $500,000.00 |
| Fortitude Investments | $350,000.00 |
| MAC Global LLC | $350,000.00 |
| **TOTAL** | **$9,450,000.00** |



Debtor name __IOLO Global LLC__
United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)
Case number (if known): __21-80774__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name _____

Creditor's mailing address _____

Creditor's email address, if known _____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

**2.2** Creditor's name _____

Creditor's mailing address _____

Creditor's email address, if known _____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $_____

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

**Debtor** IOLO Global LLC

United States Bankruptcy Court for the: Northern District of Illinois

Case number 21-80774
(if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | Total claim $_____ | Priority amount $_____ |
|---|---|---|---|---|
|   | Date or dates debt was incurred | Basis for the claim: _____ | | |
|   | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
|   | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |

|   | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
|---|---|---|---|---|
|   | Date or dates debt was incurred | Basis for the claim: _____ | | |
|   | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
|   | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |

|   | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
|---|---|---|---|---|
|   | Date or dates debt was incurred | Basis for the claim: _____ | | |
|   | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
|   | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (___) | | | |

Debtor  IOLO Global LLC                              Case number (if known) 21-80774

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

1. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Alliance Recovery Corporation, S.A.<br>Escazu, Urbanizacion Los Laureles, Numero D16<br>San Jose, Costa Rica<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 9,000,000.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>Fortitude Capital Partners<br>78 Cove Neck Rd.<br>Oyster Bay, NY 11771<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 5,000,000.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>Harbour Distribution LLC<br>16 East Gate Road<br>Huntington, NY 11743<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 300,000.00 |
| **3.4** Nonpriority creditor's name and mailing address<br>John Martin c/o Attorney Stan Chelney<br>28 Liberty Street, 6th Floor<br>New York, NY 10005<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 1,000,000.00 |
| **3.5** Nonpriority creditor's name and mailing address<br>Mohammed Thani Al Thani<br>c/o 390 Madison Avenue<br>New York, NY 10017<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 9,700,000.00 |
| **3.6** Nonpriority creditor's name and mailing address<br>Robin Maki c/o Attorney John Silverfield<br>711 5th Avenue, Suite 200<br>Naples, FL 34102<br><br>Date or dates debt was incurred<br>Last 4 digits of account number | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $ 395,000.00 |

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page ___ of ___

Debtor  JOLO Global LLC                                    Case number (if known) 21-80774

Part: Additional Page

| | | Amount of claim |
|---|---|---|

**3.__** Nonpriority creditor's name and mailing address

SRM Services Limited

3210 Chestnut Glen Lane
Colorado Springs, CO 80918

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 500,000.00

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.__** Nonpriority creditor's name and mailing address

Brooks, Berne & Herndon

570 Taxter Road, Suite 550
Elmsford, NY 10523

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,000.00

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.__** Nonpriority creditor's name and mailing address

V Discovery

10 East 39th Street
New York, NY 10016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,589.49

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.__** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.__** Nonpriority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page ___ of ___

Debtor  IOLO Global LLC                           Case number (if known) 21-80774

**Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ |
| 5b. Total claims from Part 2 | 5b. + $ | 25,931,589.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 25,931,589.00 |



Debtor name: IOLO Global LLC
United States Bankruptcy Court for the: Northern District of Illinois
Case number (if known): 21-80774   Chapter 7

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor name: **IOLO Global LLC**

United States Bankruptcy Court for the: **Northern** District of **Illinois** (State)

Case number (if known): **21-80774**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Mailing address | Name | |
|---|---|---|---|
| 2.1 | _____ Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | _____ Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ Street _____ City / State / ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H        Schedule H: Codebtors        page 1 of ___

Debtor Name: **IOLO Global LLC**

United States Bankruptcy Court for the: **Northern** District of **Illinois**
(State)

Case number (if known): **21-80774**

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H: Codebtors (Official Form 206H)
- ☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/25/2021
    MM / DD / YYYY

X _[signature]_
Signature of individual signing on behalf of debtor

**IOLO Holdings LLC**
Printed name

**Manager**
Position or relationship to debtor