Fill in this information to identify the case:

Debtor name  **IOLO Global LLC**

United States Bankruptcy Court for the: **Northern**    District of **Illinois**
(State)

Case number (If known):  **21-80774**

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. Cash on hand                                                                        $              100.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $ _____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $ _____ |

4. Other cash equivalents *(Identify all)*

| 4.1. _____ | $ _____ |
|---|---|
| 4.2. _____ | $ _____ |

5. Total of Part 1                                                                        $              0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

| 7.1. _____ | $ _____ |
|---|---|
| 7.2. _____ | $ _____ |

Debtor    **IOLO Global LLC** _____    Case number (If known) **21-80774** _____
                    Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $ _____
   8.2. _____    $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $ _____ 0.00 |

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                                    Current value of debtor's
                                                                    interest

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ......➔    $ _____
                              face amount         doubtful or uncollectible accounts

    11b. Over 90 days old: __141208500.00__ – __51626000.00__ = ......➔    $    89,582,500.00
                           face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $    89,582,500.00 |

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                  Valuation method          Current value of debtor's
                                                  used for current value     interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____    _____    $ _____
    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:
    15.1. _____    _____ %    _____    $ _____
    15.2. _____    _____ %    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____    _____    $ _____
    16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $ _____ 0.00 |

---



Debtor    __IOLO Global LLC_____    Case number (if known) 21-80774_____
                Name

**Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    **IOLO Global LLC** _____    Case number *(if known)* 21-80774 _____
          Name

33. **Total of Part 6.**                                                                    $_____0.00
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desk | $  50.00 | | $  50.00 |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Printer Scanner Modem | $ | | $  275.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**                                                                    $_____325.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Debtor | IOLO Global LLC | Case number (If known) 21-80774 |
| --- | --- | --- |
| | Name | |

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **IOLO Global LLC**                                          Case number (if known) **21-80774**
_____Name_____

54. **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.            $_____0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☑ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.                      $_____0.00



Debtor    __IOLO Global LLC_____    Case number (if known) __21-80774_____
Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
   Description (include name of obligor)
   _____    _____ – _____ = →    $_____
                                       Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
   _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____    $_____
   Nature of claim    _____
   Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____    $_____
   Nature of claim    _____
   Amount requested    $_____

76. **Trusts, equitable or future interests in property**
   _____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____    $_____
   _____    $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.    | $            0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor   __IOLO Global LLC_____     Case number (if known) __21-80774_____
         Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 89,582,500.0 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 325.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* . . | → | $ 0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column. ..........................91a. | $ 89,582,825.0 + 91b. | $ 0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ...................................................................     $ 89,582,825.00

| IOLO Debtors | Address | Phone | Email | Secured By/Nature | Value |
|---|---|---|---|---|---|
| China Development Fund | Yang T Lee or Carl Brown or Craig Hubner  Unit 2105, Floor 21, Far I | 86 188 2331 2323 | bluetable3@gmail.com | Contract (SBLC) | $ 26,000,000.00 |
| Sub Ghallagher Investment Trust (SGIT) | Attn: Patricia Moore Trustee, 30 N. Gould St. Suite 5817, Sheridan, | 817-269-8822 or | sgitfunding@gmail.com or | Trust Note | $ 10,600,000.00 |
| | Attn: Michael Casey, 4001 Shady Valley Court, Unit 1, Arlington, TX | 972-268-2125 | info@sgit.com or | | |
| | | | sgit@sgit.com | | |
| Ekeko Holdings Dubai | Buenos Aries Argentina | 54 11 4434 8341 | erick@ekekoholdings.com | MTN | $ 16,000,000.00 |
| AU TP Investments | Attn: John Porter 7905 Pirates Cove Drive, Plano, Texas 75025 | 737-704-7951 | jvporter111@gmail.com | Promissory Note | $ 500,000.00 |
| AU TP Investments | Attn: John Porter 7905 Pirates Cove Drive, Plano, Texas 75025 | 737-704-7951 | jvporter111@gmail.com | Investment/Shares | $ 13,000,000.00 |
| Affinity Financial Network (AF Expo) | Attn: Larry Lipman 11100 E Cimmar | 303-882-3570 | larrylipman@getexponow.com | Investment/Shares | $ 25,000,000.00 |
| | Robert Gonzales or Lila Taitano 10300 W CHARLESTON BLVD, | | | | |
| | SUITE 13-J17 | | | | |
| International Global Development and Gateway Capital LLC | LAS VEGAS NEVADA 89135 USA | 702-248-4280 | | SBLC Contract IMFPA | $ 2,000,000.00 |
| SBM Holdings/Secured Platform Funding | Attn Jonathan Cannon: 20 Sarah Anne Court, Miller Place, NY 1176 | 516-243-6118 | jonathancannon21@gmail.com | Contract | $ 45,000,000.00 |
| Harbour Distributing | Attn: Joe Aufiero | 516-523-1160 | chiefauf@gmail.com | Contract | $ 332,000.00 |
| Stellios Papi | Attn Steve Stellios (Shiek Handler) UNITED KINGDOM OF GREAT BR | | sales@willowair.co.uk or | FTRA | $ 500,000.00 |
| | | 44 7973 892511 or 44 7452 384750 | n249sp@yahoo.co.uk | | |
| Connect USA | Attn Russell Heaton | 801-243-5661 | | | $ 1,800,000.00 |
| Vortex Environmental | Attn Amy Roy Haeger 1023 Inverness Ave, Melbourne FL 32940 | 561-762-3293 or | annroyh@gmail.com or | MTN | $ 26,000.00 |
| | | 321-961-3308 | lrfunding2016@gmail.com | Loan | |
| | | | | Total | $ 140,758,000.00 |

**Fill in this information to identify the case:**

Debtor    __IOLO Global LLC__

United States Bankruptcy Court for the: __Northern__    District of __Illinois__
                                        (State)

Case number __21-80774__
(if known)

☑ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |

Debtor    **IOLO Global LLC** _____    Case number (if known) **21-80774**
     Name

| Part 1. | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2._** Priority creditor's name and mailing address                 $_____    $_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred      Basis for the claim:

_____      _____

Last 4 digits of account      Is the claim subject to offset?
number    __ __ __ __    ☐ No
                               ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address                 $_____    $_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred      Basis for the claim:

_____      _____

Last 4 digits of account      Is the claim subject to offset?
number    __ __ __ __    ☐ No
                               ☐ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address                 $_____    $_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred      Basis for the claim:

_____      _____

Last 4 digits of account      Is the claim subject to offset?
number    __ __ __ __    ☐ No
Specify Code subsection of PRIORITY unsecured    ☐ Yes
claim: 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address                 $_____    $_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

Date or dates debt was incurred      Basis for the claim:

_____      _____

Last 4 digits of account      Is the claim subject to offset?
number    __ __ __ __    ☐ No
Specify Code subsection of PRIORITY unsecured    ☐ Yes
claim: 11 U.S.C. § 507(a) (____)

---

Debtor __IOLO Global LLC_____     Case number (if known) __21-80774__
Name

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
__Alliance Recovery Corporation S.A.__

__Escazu, Urbanization Los Laureles, Numero D16__
__San Jose Costa Rica__

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Contractual__

$            9,000,000.00

Date or dates debt was incurred __05/2019__
Last 4 digits of account number __2019__ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
__Fortitude Capital Partners__

__78 Cove Neck Rd.__
__Oyster Bay, NY 11771__

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Contractual__

$            5,000,000.00

Date or dates debt was incurred __04/2019__
Last 4 digits of account number __2019__ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
__John Martin Stevens c/o Attorney Stan Chelney__

__28 Liberty Street, 6th Floor__
__New York, NY 10005__

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Contractual__

$            1,000,000.00

Date or dates debt was incurred __11/2019__
Last 4 digits of account number __2019__ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
__Mohammed Thani Al Thani__

__c/o 390 Madison Ave__
__New York, NY 10017__

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Contratual__

$            9,700,000.00

Date or dates debt was incurred __03/2019__
Last 4 digits of account number __2019__ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
__Robin Maki c/o Attorney John Silverfield__

__711 5th Avenue, Suite 200__
__Naple, FL. 34102__

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Contractual__

$            395,000.00

Date or dates debt was incurred __08/2019__
Last 4 digits of account number __2019__ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
__SRM Services Limited__

__3210 Chestnut Glen Lane__
__Colorado Springs, CO. 80918__

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Contractual__

$            500,000.00

Date or dates debt was incurred __07/2019__
Last 4 digits of account number __2019__ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    IOLO Global LLC
_____     Case number (if known) 21-80774
          Name

| Part 2: | Additional Page |

| | Amount of claim |

**3.___** Nonpriority creditor's name and mailing address

Brooks, Berne & Herndon

570 Taxter Road, Suite 550
Elmsford, NY 10523

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ 25,000.00

Basis for the claim: Atty Fees

Date or dates debt was incurred     04/2021

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

V Discovery

10 East 39th Street
New York, NY. 10016

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ 13,164.80

Basis for the claim: Tech Fees

Date or dates debt was incurred     04/2021

Last 4 digits of account number     9928 __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

| Debtor | IOLO Global LLC | Case number (if known) | 21-80774 |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. _____ | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    IOLO Global LLC _____    Case number (if known) 21-80774
         Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    __IOLO Global LLC_____     Case number (if known) __21-80774____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | |
| 5b. Total claims from Part 2 | 5b. **+** | $ | 25,633,164.80 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 25,633,164.80 |

Fill in this information to identify your case:

Debtor 1    **Alan Hanke**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number   21-80763
(If known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules      12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/Alan Hanke_____          ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date 09/21/2021_____                        Date _____
     MM / DD / YYYY                                 MM / DD / YYYY